In the Interest of L.W., L.R., and A.R.

JUVENILE OFFICER, Respondent,

v.

G.M.R., Appellant.

Nos. WD 44782, WD 44783
and WD 44784.

Missouri Court of Appeals,
Western District.

Feb. 18, 1992.

Marsha A. Friedman, Kansas City, for G.M.R.

Lori Stipp, Kansas City, for Juvenile Officer.

Leah Gagne, Kansas City, for guardian ad litem.

Before TURNAGE, P.J., and KENNEDY and BERREY, JJ.

ORDER

PER CURIAM:

Appeal from judgment terminating parental rights of G.M.R. to three children.

Judgment affirmed. Rule 84.16(b).